# CORPORATE DISCLOSURE STATEMENT
# PURSUANT TO FED. R. APP. P. 26.1

Pursuant to Fed. R. App. P. 26.1 and to enable this Court to evaluate possible disqualifications or recusal, the Appellant, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank" or "Appellant"), by and through its undersigned counsel, hereby states the following:

1. U.S. Bank is a national banking association organized and existing under the laws of the United States of America with its headquarters located at 1011 Centre Road, Wilmington, DE 19805.

2. U.S. Bank is a wholly owned subsidiary of U.S. Bancorp., which is a publicly traded Delaware corporation.

/s/ Reneau J. Longoria
Reneau J. Longoria, Esq. – CA1 #1075496
Brian C. Linehan, Esq. – CA1 #1171891
DOONAN, GRAVES & LONGORIA, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
rjl@dgandl.com

Dated: June 4, 2025

i